DANIEL J. SPIELFOGEL, State Bar No. 113645
**LAW OFFICES OF DANIEL J. SPIELFOGEL**
2660 Townsgate Road, Suite 600
Westlake Village, CA 91361
Telephone: (805) 373-8907
Facsimile: (805) 373-8927
Email: dans@djslaw.com

MATTHEW R. BURTON, State Bar No. 210018 (MN)
(Pro Hac Vice Application, anticipated)
**MORRISON SUND PLLC**
5125 County Road 101, Suite 200
Minnetonka, MN 55345
Telephone: (952) 975-0050
Facsimile: (952) 975-0058
Email: mburton@morrisonsund.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Jamie DeLorme, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Big Think Capital, Inc.,<br><br>Defendant. | Case No.: 2:23-mc-00037<br><br>**NOTICE OF MOTION; MOTION OF BIG THINK CAPITAL, INC. TO COMPEL JOHNY RODRIGUEZ TO COMPLY WITH SUBPOENA; NOTICE OF LODGMENT OF EXHIBITS; DECLARATION OF MATTHEW R. BURTON; PROPOSED ORDER**<br><br>**[Principal case pending in US District of Minnesota, Case No. 0:22-cv-00968-NSB-DTS]**<br><br>Date:   TBD<br>Time:   TBD<br>Judge:  TBD<br>Ctrm:   TBD |

**TO: ALL PARTIES AND JOHNY RODRIGUEZ:**

  **PLEASE TAKE NOTICE** that on _____, 2023, at _____ or as soon thereafter as the matter can be heard before the Honorable _____, of the United States District Court for the Central District of California, Western Division, First Street Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, in Courtroom ____, Defendant Big Think Capital, Inc. will and hereby does move this Court for an order compelling Johny Rodriguez to provide documents in response to a subpoena served upon him in this case.

  This motion is made on the ground that Johny Rodriguez has no legal basis to refuse to produce the requested items. This motion is based on this notice, the memorandum of points and authorities set forth below, and the complete files and records in this action, and such other and further evidence as may be presented at the hearing on this matter.

                **LAW OFFICES OF**
                **DANIEL J. SPIELFOGEL**

Date: March 16, 2023    By:  */s/ Daniel J. Spielfogel*
                DANIEL J. SPIELFOGEL
                Attorneys for Defendant
                BIG THINK CAPITAL, INC.

                **MORRISON SUND, PLLC**

Date: March 16, 2023    By:  */s/ Matthew R. Burton*
                MATTHEW R. BURTON
                (Pro Hac Vice, pending)
                Attorneys for Defendant
                BIG THINK CAPITAL, INC.

I.

## STATEMENT OF FACTS

Defendant Big Think Capital, Inc. ("**Big Think**") is the defendant in the matter styled *DeLorme, et al. v. Big Think Capital, Inc.* venued in the U.S. District Court in Minnesota (22-cv-968) (the "**Action**"). An issue in the Action is Big Think's communications with clientele and potential clientele via phone calls and text messages. Plaintiff in the Action has propounded discovery seeking Big Think's records of such communications (the "**Data**"). Plaintiff at all times material hereto, had contracted with Johny Rodriguez ("**Rodriquez**") and his entity, IMerchant Systems, Inc ("**IMerchant**") in New York.

Big Think learned that Rodriguez relocated to California and attempted to correspond with him about obtaining the Data in approximately August of 2022. Rodriguez would never respond to correspondence and it was then determined to hire a process server and obtain service of a subpoena. See, Declaration of Matthew R. Burton ("**Burton Dec**."). After numerous failures, service was finally obtained on October 31, 2022. Burton Dec., Exhibit 4.

Even after service of the subpoena and follow up correspondence, Rodriguez has refused to comply with the subpoena.

Big Think is entitled to recover its Data and the same is required to respond to discovery in the underlying Minnesota action. Rodriguez is contemptuously ignoring Big Think's subpoena.

II.

## FAILURE TO COMPLY WITH SUBPOENA

It was held in *Salinas v. Procter and Gamble Company*, 2020 W.L. 8455192 (C.D. Cal. 2020), that:

> Third-party subpoenas for discovery are governed under Rule 45 of the Federal Rules of Civil Procedure. Under Rule 45, when the third party

responds to a subpoena with objections, the party who served the subpoena may move for an order compelling compliance. See Fed. R. Civ. P. 45(d)(2)-(3). However, Rule 45 does not contemplate such motions unless the third party has responded. Otherwise, **if the subpoena recipient "fails without adequate excuse to obey the subpoena or an order related to it," Rule 45 permits the court to hold the party in contempt**. Fed. R. Civ. P. 45(g). Contempt appears to be the only sanction available when a third party does not respond to a subpoena under Rule 45. See *Delis v. Sionix Corp.*, 2014 WL 12603094, at *1 (C.D. Cal. Sept. 30, 2014) ("[T]he only sanction available where a non-party witness fails without adequate excuse to obey a properly-served subpoena is a contempt citation." ); *Echostar Satellite L.L.C. v. Viewtech, Inc.*, 2010 WL 653186, at *1 (E.D. Cal. Feb. 22, 2010) ("If the recipient fails or refuses to respond to the subpoena, the proponent may first try to negotiate compliance, as by offering to meet and confer, but ultimately, it the recipient fails to comply without adequate excuse, the recipient is in contempt of court, and the proponent must file an application for an order to show cause why a contempt citation should not issue.") (citing *Alcade v. NAC Real Estate Invs. & Assignments, Inc.*, 580 F. Supp. 2d 969, 971 (C.D. Cal. 2008)).

*Id.*, at *1 (emphasis added).

In the case at bar, Johny Rodriguez was served with a subpoena and he has entirely failed to respond to the same. As such, he is eligible for a finding of contempt.

///
///
///
///
///
///
///
///

NOTICE OF MOTION AND MOTION TO COMPEL

## III.
## CONCLUSION

Based upon the foregoing, Defendant Big Think Capital, Inc. requests that this Court find Johny Rodriguez in contempt and direct him to purge said contempt by turning over the subpoenaed documents within seven (7) days of the Court's Order.

**LAW OFFICES OF
DANIEL J. SPIELFOGEL**

Date: March 16, 2023        By:     */s/ Daniel J. Spielfogel*
DANIEL J. SPIELFOGEL
Attorneys for Defendant
BIG THINK CAPITAL, INC.

**MORRISON SUND, PLLC**

Date: March 16, 2023        By:     */s/ Matthew R. Burton*
MATTHEW R. BURTON
(Pro Hac Vice, pending)
Attorneys for Defendant
BIG THINK CAPITAL, INC.