UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:23-mc-00037-FLA (MARx) | Date | March 29, 2023 |
|---|---|---|---|
| Title | Jamie DeLorme v. Big Think Capital, Inc. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: REFERRAL OF MOTION OF BIG THINK CAPITAL, INC. TO COMPEL JOHNY RODRIGUEZ TO COMPLY WITH SUBPOENA (DKT. [1])

Pursuant to Judge's instruction, the Motion of Big Think Capital, Inc. to Compel Johny Rodriguez to Comply with Subpoena (Dkt. [1]) filed by Defendant Big Think Capital, Inc, is referred to Magistrate Judge Margo A. Rocconi.

**CC: Magistrate Judge Margo A. Rocconi**

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | tf | | |